**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HELENE DEUTSCH,

                          Plaintiff,

      -against-                                        19 **CIVIL** 5305 (VEC)

                                                            **JUDGMENT**

HUMAN RESOURCE MANAGEMENT, INC.,
THE HRM CAPSTONE PARTNERSHIP, INC.
(D/B/A THE CAPSTONE PARTNERSHIP),
ADP TOTALSOURCE CO. XXI INC., and
ROLFE I. KOPELAN,

                          Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated April 15, 2020, the Capstone Defendants' motion to dismiss the Amended Complaint is granted; Plaintiff's CFAA claim is dismissed with prejudice, without leave to amend, and Plaintiff's state law claims are dismissed without prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

        April 16, 2020

                                                                       **RUBY J. KRAJICK**
                                                                    _____
                                                                      **Clerk of Court**
                                                       **BY:**
                                                                     **Deputy Clerk**